UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CARRIE BROWN, | Case No. 2:17-cv-02202-APG-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SHERRY GORDY, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Status Report (ECF No. 14) filed on April 16, 2018.

On August 17, 2017, Plaintiff a pro se litigant, filed her original complaint against four defendants, Sherry Gordy ("Gordy"), Dexter Jasper, Marilyn Mercer, and Margarett Batts. It is the obligation of a pro se litigant to become familiar with the Federal Rules of Civil Procedure, and where necessary the Federal Rules of Evidence and prosecute her claim in accordance therewith. The Court <u>cannot</u> instruct the Plaintiff on how to prosecute her case. That said, the Court has reviewed the docket and it appears only one summons was issued and returned as to Defendant Gordy. Defendant Gordy response to the summons, indicates that while she was served, she did not receive a copy of the complaint. ECF. No. 7. Additionally, no other defendants have been served with process. Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion for Status Report (ECF No. 14) is **granted, in part, and denied in part**.

Dated this 20th day of April, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1