UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE M. BROWN,<br><br>  Plaintiffs<br><br>v.<br><br>SHERRY GORDY, et al.,<br><br>  Defendants | Case No.: 2:17-cv-2202-APG-GWF<br><br>**ORDER DISMISSING DEFENDANT MARILYN MERCER**<br><br>[ECF No. 20] |

On August 8, 2018, the plaintiff was advised by the court (ECF No. 20) that this action would be dismissed without prejudice as to defendant Marilyn Mercer unless on or before September 7, 2018, the plaintiff filed proper proof of service or showed good cause why such service was not timely made. The plaintiff has failed to file proof of service nor shown good cause why service was not made. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to Ms. Mercer for failure to effect timely service pursuant to FRCP 4(m).

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to defendant Marilyn Mercer.

Dated: September 10, 2018.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE