LARSON ZIRZOW & KAPLAN
KORY L. KAPLAN
Nevada Bar No. 13164
Email: kkaplan@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Facsimile: (702) 382-1169
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE M. BROWN,<br><br>               Plaintiff,<br><br>vs.<br><br>SHERRY GORDY; DEXTER JASPER; MARILYN MERCER; and MARGARETT BATTS,<br><br>               Defendants. | CASE NO.: 2:17-cv-02202-APG-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiff CARRIE M. BROWN ("Plaintiff"), Pro Se, and Defendants, SHERRY GORDY, DEXTER JASPER, MARILYN MERCER, and MARGARETT BATTS (collectively, "Defendants"), by and through their undersigned counsel, and hereby Stipulate and Agree pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiff against Defendants, as set forth in Plaintiff's Complaint and any amendments

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

thereto, shall be dismissed with prejudice, with each party to bear its own attorney's fees and/or costs.

DATED this 22nd day of February, 2019.	DATED this ___ day of February, 2019.

LARSON ZIRZOW & KAPLAN

_____	_____
KORY L. KAPLAN	CARRIE M. BROWN
Nevada Bar No. 13164	*Pro Se*
850 E. Bonneville Ave.	5534 Logan Creek Ct.
Las Vegas, Nevada 89101	Las Vegas, Nevada 89031
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED

Dated: February 28, 2019.

_____
UNITED STATES DISTRICT JUDGE